AO 440 (Rev. 10/93) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

07 NOV 30 PM 3:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,

V.

CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: '07 CV 2265 JM (CAB)

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jordan Cohen (State Bar No. 167678)
Roy E. LaFrancis Jr. (State Bar No. 213363)
THE COHEN LAW FIRM
10650 Treena Street, Ste. 203
San Diego, CA 92131

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                    11/30/07
CLERK                                      DATE

(By) DEPUTY CLERK