Jordan M. Cohen (State Bar No. 167678)
Email: jcohen@thecohenlawfirm.net
Roy E. LaFrancis, Jr. (State Bar No. 213363)
Email: rlafrancis@thecohenlawfirm.net
THE COHEN LAW FIRM
10650 Treena Street, Suite 203
San Diego, California 92131
Telephone 858-689-4736
Facsimile 858-689-9278

Attorneys for Plaintiff
TERESA WYATT, Individually and On
Behalf of All Others Similarly Situated

FILED
07 NOV 30 PM 3: 48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KNH        DEPUTY

'07 CV 2265 JM CAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>Defendant. | Case No.:<br><br>**AFFIDAVIT OF VENUE PURSUANT TO CALIFORNIA CIVIL CODE 1780(c)** |

I, Jordan M. Cohen, declare as follows:

1) I am the attorney of record for the plaintiff in this action and make this declaration to the best of my knowledge, information and belief of the facts stated herein.

2) At all times herein, CELLCO PARTNERSHIP ("CELLCO") was and is a general partnership duly organized and existing under the laws of the State of Delaware with its principal place of business in the State of New Jersey. CELLCO does business as VERIZON WIRELESS ["VERIZON"] and for that reason, defendants CELLCO and VERIZON are collectively referred to herein simply as VERIZON. VERIZON is registered to do business in the State of California and conducts business within this Judicial District.

1

AFFIDAVIT OF VENUE

3) The transactions that form the basis of this action or a substantial portion thereof occurred with the County of San Diego. Specifically, the receipt of materially false and misleading representations concerning the product and services at issue were received in the County of San Diego. Additionally, numerous Class members purchased the product and services at issue from VERIZON in the County of San Diego and/or were injured and subjected to irreparable harm in this venue. VERIZON received substantial compensation and profits from sales of such products in this County. Thus, VERIZON's liability arose in substantial part in this County.

4) Plaintiff's Complaint filed in this matter contains claims for relief alleging VERIZON's violation of California's Consumers Legal Remedies Act (Civ. Code §1750 *et seq.*), California's Unfair Competition Law (Bus. & Prof. Code §17200 *et seq.*), California's Song-Beverly Consumer Warranty Act (Civ. Code §1790 *et seq.*), and Breach of Implied Warranty. The allegations of wrongdoing are asserted on behalf of a group of Class members who are purchasers and owners of the product at issue in this case. Plaintiff's claims for relied have been properly commenced in the proper county and/or judicial district for trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed on this 30th day of November, 2007, at San Diego, California.

Jordan M. Cohen

AFFIDAVIT OF VENUE