RICHARD E. DROOYAN (State Bar No. 065672)
richard.drooyan@mto.com
SHOSHANA E. BANNETT (State Bar No. 241977)
shoshana.bannett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>Defendant. | CASE NO. 07 CV 2265 JM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Teresa Wyatt ("Plaintiff") and Defendant Cello Partnership doing business as Verizon Wireless ("Defendant"), by and through their respective counsel, enter into this Stipulation and state as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on November 30, 2007 and served the Complaint and a summons on Defendant on December 11, 2007;

WHEREAS, Defendant's response to the Complaint is currently due on or before December 31, 2007;

WHEREAS, Defendant is currently analyzing Plaintiff's claims;

WHEREAS, Defendant needs more time to assess the claims and prepare a

4120950.1

JOINT STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. 07 CV 2265 JM

1 response;

2 WHEREAS, no other extensions of time to answer or otherwise respond to the
3 Complaint have been requested or granted; and

4 WHEREAS, Plaintiff has agreed to extend Defendant's time to answer or
5 otherwise respond to the Complaint for an additional 30 days;

6 NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff
7 and Defendant that Defendant has an extension of time through and including January 30, 2008
8 within which to answer or otherwise respond to the Complaint.

9 DATED: December 20, 2007  Munger, Tolles & Olson LLP
   RICHARD E. DROOYAN
10  SHOSHANA E. BANNETT

11

12 By: /s/ Richard E. Drooyan
   RICHARD E. DROOYAN
13

14 Attorneys for Defendant
   VERIZON WIRELESS

15

16 DATED: December 21, 2007  The Cohen Law Firm
   JORDAN M. COHEN
17  ROY E. LAFRANCIS, JR.

18

19 By: /s/ Roy E. LaFrancis, Jr.
   ROY E. LAFRANCIS, JR.
20
   Attorneys for Plaintiff
21  TERESA WYATT, Individually and On
   Behalf of All Others Similarly Situated

22

23

24

25

26

27

28

4120950.1  -2-

JT. STIP. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT REQUESTED BY DEF. VERIZON

1  ORDER

2  GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that the time for

3  Defendant to answer or otherwise respond to the Complaint is extended through and including

4  January 30, 2008.

5

6  DATED: _____      _____

Judge of the District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28