1  RICHARD E. DROOYAN (State Bar No. 065672)
   richard.drooyan@mto.com
2  SHOSHANA E. BANNETT (State Bar No. 241977)
   shoshana.bannett@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
6
   Attorneys for Defendant
7  VERIZON WIRELESS

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TERESA WYATT, Individually and On        CASE NO.  07 CV 2265 JM
   | Behalf of All Others Similarly Situated,
12 |                                           **JOINT STIPULATION AND [PROPOSED]**
   |                Plaintiff,                  **ORDER FOR EXTENSION OF TIME TO**
13 |                                           **RESPOND TO AMENDED COMPLAINT**
   |         vs.
14 |
   | CELLCO PARTNERSHIP, A Delaware
15 | General Partnership d/b/a VERIZON
   | WIRELESS,
16 |
   |                Defendant.
17

18        Plaintiff Teresa Wyatt ("Plaintiff") and Defendant Cello Partnership doing business as

19 Verizon Wireless ("Defendant"), by and through their respective counsel, enter into this

20 Stipulation and state as follows:

21        WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on November 30,

22 2007 and served the Complaint and a summons on Defendant on December 11, 2007;

23        WHEREAS, pursuant to a Joint Stipulation and Order entered by this Court on January 2,

24 2008, Defendant's response to the Complaint is currently due on or before January 30, 2008;

25        WHEREAS, Defendant has not yet filed a response to Plaintiff's Complaint;

26        WHEREAS, Plaintiff intends to file an Amended Complaint on or before January 30,

27 2008; and

28
                                              JOINT STIPULATION FOR EXTENSION OF
                                                 TIME TO RESPOND TO COMPLAINT
                                                    CASE NO. 07 CV 2265 JM

1    WHEREAS, Plaintiff has agreed to extend Defendant's time to answer or otherwise

2  respond to the Amended Complaint until February 29, 2008;

3    NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and

4  Defendant that (1) Plaintiff shall file an Amended Complaint on or before January 30, 2008 and

5  (2) Defendant shall have until February 29, 2008 within which to answer or otherwise respond to

6  the Amended Complaint.

7    DATED: January 29, 2007                    Munger, Tolles & Olson LLP
                                                 RICHARD E. DROOYAN
8                                                SHOSHANA E. BANNETT

9

10                                               By: _____

11                                                    RICHARD E. DROOYAN

12                                               Attorneys for Defendant
                                                 VERIZON WIRELESS
13

14    DATED: January 29, 2007                    The Cohen Law Firm
                                                 JORDAN M. COHEN
15                                               ROY E. LAFRANCIS, JR.

16

17                                               By: _____

                                                     ROY E. LAFRANCIS, JR.
18
                                                 Attorneys for Plaintiff
19                                               TERESA WYATT, Individually and On
                                                 Behalf of All Others Similarly Situated
20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. 07 CV 2265 JM

1

ORDER

2

3       GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that (1) Plaintiff shall

4   file an Amended Complaint on or before January 30, 2008 and (2) Defendant shall have until

5   February 29, 2008 within which to answer or otherwise respond to the Amended Complaint.

6   DATED: _____          _____

7                                              Judge of the District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. 07 CV 2265 JM