# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07 CV 2265 JM (CAB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　Good cause appearing therefore, it is ordered that the time for Defendant to answer or otherwise respond to the complaint is extended through and including February 29, 2008.

**IT IS SO ORDERED.**

**DATED: January 30, 2008**

　　　　　　　　　　　　　　　　　　　　　　　　_____
**Hon. Jeffrey T. Miller
United States District Judge**

cc:　　　All parties

- 1 -

07cv2265