RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
SHOSHANA E. BANNETT (State Bar No. 241977)
Shoshana.Bannett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa Wyatt, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Cellco Partnership, A Delaware General Partnership d/b/a Verizon Wireless,<br><br>Defendant. | CASE NO.   07 CV 2265 JM (CAB)<br><br>RE-NOTICE HEARING DATE ON MOTION TO COMPEL ARBITRATION<br><br>New Date:   April 11, 2008<br>Old Date:    April 7, 2008<br>Time:          10 a.m.<br>Judge:        Hon. Jeffrey Miller |

1  TO PLAINTIFF TERESA WYATT AND HER COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT on April 11, 2008 at 10 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. Jeffrey Miller, United States District Court, located at 940 Front Street, San Diego, California, Defendant Cellco Partnership doing business at Verizon Wireless ("Verizon Wireless") will and hereby does move for an Order compelling Plaintiff Teresa Wyatt to arbitrate her claims in this case pursuant to her customer service agreement with Verizon Wireless. This hearing has been re-noticed pursuant to Court direction.

This Motion is based upon all pleadings and documents on file in this case, the Memorandum of Points and Authorities and declaration of Sanae E. Mageo filed on February 29, 2008, and such argument as may be considered by the Court at the hearing on the Motion.

DATED: March 3, 2008

MUNGER, TOLLES & OLSON LLP
RICHARD E. DROOYAN
SHOSHANA E. BANNETT

By: /s/ Richard E. Drooyan

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

4569088.2

- 2 -

RE-NOTICE OF HEARING ON MOTION TO COMPEL ARBITRATION 07 CV 2265 JM (CAB)

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2008.

Date: March 3, 2008

_____/s/ Richard E. Drooyan_____

4569088.2

RE-NOTICE OF HEARING ON MOTION TO
COMPEL ARBITRATION  07 CV 2265 JM (CAB)