```
1   JORDAN M. COHEN (State Bar No. 167678)
    jcohen@thecohenlawfirm.net
2   ROY E. LAFRANCIS JR. (State Bar No. 213663)
    rlafrancis@thecohenlawfirm.net
3   THE COHEN LAW FIRM
    10650 Treena Street, Ste. 203
4   San Diego, CA  92131
    Telephone:    (858) 689-4736
5   Facsimile:    (858) 689-9278

6   Attorneys for Plaintiff
    TERESA WYATT, INDIVIDUALLY, AN ON BEHALF
7   OF ALL OTHERS SIMILARLY SITUATED
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>Defendant. | CASE NO.  07 CV 2265 JM<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON MOTION TO COMPEL ARBITRATION** |

Plaintiff Teresa Wyatt ("Plaintiff") and Defendant Cellco Partnership doing business as Verizon Wireless ("Defendant"), by and through their respective counsel, enter into this Stipulation and state as follows:

WHEREAS, the Defendant Cellco Partnership filed a Motion to Compel Arbitration to be heard on April 11, 2008 at 2 p.m.;

WHEREAS, the parties have agreed to continue the Early Neutral Evaluation Conference ("ENE") to April 14, 2008;

WHEREAS the parties have agreed to continue the Motion to Compel Arbitration until May 2, 2008, and

WHEREAS this continuance allows the parties to participate in the ENE prior to

1  any ruling on Defendant's Motion to Compel Arbitration by the District Court, and

2  NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff

3  and Defendant that the Motion to Compel Arbitration will be continued until May 2, 2008 or

4  another date which is more convenient for the District Court.

DATED: March 28, 2008

Munger, Tolles & Olson LLP
   RICHARD E. DROOYAN
   SHOSHANA E. BANNETT

By: *Shoshana E. Bannett*
   RICHARD E. DROOYAN

Attorneys for Defendant
VERIZON WIRELESS

DATED: March 28, 2008

The Cohen Law Firm
   JORDAN M. COHEN
   ROY E. LaFRANCIS, JR.

By: *[signature]*
   ROY E. LaFRANCIS, JR.

Attorneys for Plaintiff
TERESA WYATT, Individually and On
Behalf of All Others Similarly Situated