RICHARD E. DROOYAN (State Bar No. 065672)
richard.drooyan@mto.com
SHOSHANA E. BANNETT (State Bar No. 241977)
shoshana.bannett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>Defendant. | CASE NO. 07 CV 2265 JM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE CONFERENCE** |

      Plaintiff Teresa Wyatt ("Plaintiff") and Defendant Cellco Partnership doing business as Verizon Wireless ("Defendant"), by and through their respective counsel, enter into this Stipulation and state as follows:

      WHEREAS, the Magistrate ordered the parties to appear at an Early Neutral Evaluation ("ENE") Conference on April 2, 2008 at 2 p.m.;

      WHEREAS, Defendant's counsel Richard E. Drooyan has jury duty beginning on April 1, 2008;

      WHEREAS Plaintiff has agreed to continue the ENE conference until April 14, 2008, and

      WHEREAS, an ENE conference on April 14, 2008 would comply with Local Rule

16.1(c) because it falls within 45 days of the filing of Defendant's answer on February 29, 2008;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the ENE conference will be continued until April 14, 2008.

DATED: March 28, 2008

Munger, Tolles & Olson LLP
RICHARD E. DROOYAN
SHOSHANA E. BANNETT

By: /s/ Shoshana E. Bannett
RICHARD E. DROOYAN

Attorneys for Defendant
VERIZON WIRELESS

DATED: March 28, 2008

The Cohen Law Firm
JORDAN M. COHEN
ROY E. LaFRANCIS, JR.

By: /s/ Roy E. LaFrancis, Jr.
ROY E. LaFRANCIS, JR.

Attorneys for Plaintiff
TERESA WYATT, Individually and On Behalf of All Others Similarly Situated

ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that the ENE conference is continued until April 14, 2008.

DATED: _____                          _____
                                                Magistrate Judge