UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>        Defendant. | CASE NO.  07 CV 2265 JM (CAB)<br><br>**ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

GOOD CAUSE APPEARING, the Early Neutral Evaluation Conference set for April 2, 2008, is CONTINUED to **April 14, 2008**, at **2:00 p.m.** Confidential Settlement Statements shall be submitted directly to chambers no later than **April 8, 2008**.

**IT IS SO ORDERED**.

DATED: March 28, 2008

                                                **CATHY ANN BENCIVENGO**
                                                United States Magistrate Judge