UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a VERIZON WIRELESS,<br><br>Defendant. | CASE NO.  07 CV 2265 JM<br><br>**ORDER TO CONTINUE THE HEARING ON MOTION TO COMPEL ARBITRATION** |

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that the hearing on Defendant's Motion to Compel Arbitration is continued until **May 2, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: April 2, 2008

JEFFREY T. MILLER
United States District Judge