1  RICHARD E. DROOYAN (State Bar No. 065672)
   richard.drooyan@mto.com
2  SHOSHANA E. BANNETT (State Bar No. 241977)
   shoshana.bannett@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
6
   Attorneys for Defendant
7  VERIZON WIRELESS

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TERESA WYATT, Individually and On        | CASE NO.  07 CV 2265 JM
   | Behalf of All Others Similarly Situated,  |
12 |                                           | **JOINT STIPULATION TO APPEAR**
   |              Plaintiff,                    | **TELEPHONICALLY AT THE APRIL 14,**
13 |                                           | **2008 ENE CONFERENCE**
   |       vs.                                 |
14 |                                           |
   | CELLCO PARTNERSHIP, A Delaware            |
15 | General Partnership d/b/a VERIZON         |
   | WIRELESS,                                 |
16 |                                           |
   |              Defendant.                   |
17

18        Plaintiff Teresa Wyatt ("Plaintiff") and Defendant Cello Partnership doing

19 business as Verizon Wireless ("Defendant"), by and through their respective counsel, enter into

20 this Stipulation and state as follows:

21        WHEREAS, the Early Neutral Evaluation conference is currently set for April 14,

22 2008;

23        WHEREAS, April 14, 2008 was the only available day in which to hold the ENE

24 conference that would comply with Local Rule 16.1(c).

25        WHEREAS, Jordan M. Cohen, lead counsel for Plaintiff, will be in Miami, Florida

26 on April 14, 2008, and cannot appear in person;

27        WHEREAS, Defendant and counsel for Defendant would have to travel to San

28

1    Diego to attend the ENE conference;

2              NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff

3    and Defendant that all parties may appear telephonically at the April 14, 2008 ENE conference.

4    DATED: April __2__, 2008              Munger, Tolles & Olson LLP
                                           RICHARD E. DROOYAN
5                                          SHOSHANA E. BANNETT

6

7                                          By: _____
                                               SHOSHANA E. BANNETT
8

9                                          Attorneys for Defendant
                                           VERIZON WIRELESS
10

11   DATED: April _2_, 2008                The Cohen Law Firm
                                           JORDAN M. COHEN
12                                         ROY E. LaFRANCIS, JR.

13

14                                         By: _____
                                               ROY E. LaFRANCIS, JR.
15

16                                         Attorneys for Plaintiff
                                           TERESA WYATT, Individually and On
                                           Behalf of All Others Similarly Situated
17

18

19

20

21

22

23

24

25

26

27

28

- 2 -