1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11    TERESA WYATT, Individually and On          CASE NO.  07 CV 2265 JM (CAB)
      Behalf of All Others Similarly Situated,
12                                               **ORDER GRANTING JOINT MOTION TO**
                        Plaintiff,               **APPEAR TELEPHONICALLY AT THE**
13                                               **APRIL 14, 2008 ENE CONFERENCE**
              vs.
14
      CELLCO PARTNERSHIP, A Delaware
15    General Partnership d/b/a VERIZON
      WIRELESS,
16
                        Defendant.
17

18

19                                     ORDER

20

21          GOOD CAUSE APPEARING, IT IS SO ORDERED that all parties may appear

      telephonically at the ENE conference scheduled for April 14, 2008, at 2:00 p.m.  Counsel for
22
      Plaintiff shall coordinate and initiate the call.
23

24    DATED: April 2, 2008

25                                               _____
                                                 **CATHY ANN BENCIVENGO**
26                                               United States Magistrate Judge

27

28

                                                                                   07 CV 2265