1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership, d.b.a. VERIZON WIRELESS,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   07cv2265 JM (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
|---|---|

On April 14, 2008, the Court held an Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

　　　1.　　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

　　　2.　　The Rule 26(f) conference shall be completed on or before **May 8, 2008**;

　　　3.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **May 22, 2008**;

　　　4.　　A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before **May 22, 2008**; and,

1

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **June 6, 2008**, at **9:30 a.m.**  The conference shall be telephonic, with attorneys only.  Counsel for Defendant shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

DATED: April 14, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge