# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>                                      Plaintiff,<br>vs.<br><br>CELLCO PARTNERSHIP, A Delaware General Partnership d/b/a/ VERIZON WIRELESS,<br><br>                                      Defendant. | CASE NO. 07 CV 2265 JM (CAB)<br><br>ORDER TO EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTION IN ORDER TO COMPLETE DISCOVERY |

In this breach of contract action, the parties filed a Joint Motion seeking to extend the deadline to file a class certification motion. Doc. No. 33. Good cause appearing, the deadline for Plaintiff to file her class certification motion is continued until February 2, 2009.

**IT IS SO ORDERED.**

DATED: October 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties